UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMPTEL )
1900 M Street, N.W., Ste. 800 )
Washington, D.C. 20036-3508, )
)
    Plaintiff, )
)
v. ) Civil Action No.
)
Federal Communications Commission )
445 12th Street, S.W. )
Washington, D.C. 20554-0005, )
)
    Defendant. )

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, to compel production of certain records relating to the Federal Communications Commission's ("FCC") investigation of SBC Communications, Inc. ("SBC") for violations of the FCC's rules in connection with the submission of claims for and receipt of universal service support for the New London, Connecticut Public Schools. (FCC File No. EB-04-IH-0342). The FCC terminated its investigation of SBC upon issuance of a Order adopting a Consent Decree released on December 16, 2004. *In the Matter of SBC Communications, Inc.*, Order and Consent Decree, 19 FCC Rcd. 24014 (released December 16, 2004).

### Jurisdiction

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B). The records which COMPTEL seeks are located at the FCC's offices in Washington, D.C. COMPTEL is a District of Columbia non-profit corporation.

**Parties**

3.  Plaintiff COMPTEL is the nation's oldest and largest industry association representing competitive telecommunications providers and their suppliers. COMPTEL has over 300 member companies that include competitive local exchange carriers, Internet backbone providers, and competitive providers of local and long-haul wholesale transmission service. Plaintiff COMPTEL is the requester of the withheld records.

4.  Defendant FCC is an United States government agency and has possession of and control over the records that Plaintiff COMPTEL seeks.

**Statement of Facts**

5.  On April 4, 2005, COMPTEL filed a FOIA request with the FCC for documents contained in, and relating to, the investigation of SBC in File No. EB-04-IH-0342. On August 5, 2005, the FCC's Enforcement Bureau granted in part and denied in part COMPTEL's request. The Enforcement Bureau stated its intent to withhold some of the records requested on the grounds that they were exempt from disclosure pursuant to Exemptions 4 and 5 of the FOIA, 5 U.S.C. § 552(b)(4) and (5).

6.  On August 19, 2005, SBC filed an application for review of the Enforcement Bureau's August 5, 2005 decision to grant in part COMPTEL's FOIA request. On September 1, 2005, COMPTEL responded to SBC's application for review and asked the FCC to summarily deny the application for review. On September 6, 2005, COMPTEL filed an application for review of the FCC's decision denying its FOIA request in part. As of this date, the FCC has made no documents available to Plaintiff COMPTEL.

7. The FOIA mandates that the FCC resolve appeals of its decisions within 20 working days. 5 U.S.C. §552(a)(6)(A)(ii). As of October 5, 2006, the FCC has yet to make a decision on the August 19, 2005 application for review filed by SBC or the September 6, 2005 application for review filed by COMPTEL. The FCC never notified COMPTEL that it would need more than 20 working days to resolve the appeal.

8. Thirteen months have passed since the FCC received COMPTEL's September 6, 2005 application for review of the Enforcement Bureau's August 5, 2005 decision. The statutory 20 working day time frame for the FCC to resolve the appeal expired over one year ago. Pursuant to 5 U.S.C. § 552 (a)(6)(C)(i), any person requesting records from any agency shall be deemed to have exhausted his administrative remedies if the agency fails to comply with the 20 day time limit for resolving appeals. The FCC failed to comply with the 20 working day deadline on October 4, 2005 and as of that date, COMPTEL is deemed to have exhausted its administrative remedies. Having exhausted all administrative remedies one year ago, COMPTEL is entitled to seek judicial review.

9. Over eighteen months after COMPTEL filed its FOIA request, the FCC has yet to produce a single document. According to the FCC's Freedom Of Information Act Annual Report for Fiscal Year 2005 (October 1, 2004 to September 30, 2005), the average FCC response time for FOIA appeals in fiscal year 2005 was 292 days—almost 15 times the statutory time limit. See "Federal Communications Commission Freedom of Information Act Annual Report Fiscal Year 2005," at 2 available at http://www.fcc.gov/foia/2005foiareport.pdf. The FCC's failure to act on COMPTEL's appeal has extended well beyond even its 292 day average response time that is already a gross violation of FOIA's statutory time limit for the FCC to act.

### Demand for Relief

WHEREFORE, Plaintiff COMPTEL respectfully requests that this Court:

(1) compel Defendant FCC to produce to Plaintiff COMPTEL the documents requested by COMPTEL or, in the alternative, compel Defendant FCC to produce the documents requested by COMPTEL to the Court for an *in camera* inspection and resolution of COMPTEL's entitlement to the documents under FOIA;

(2) declare that Defendant FCC's refusal to disclose the documents requested by Plaintiff COMPTEL is unlawful;

(3) declare that Defendant FCC's conduct in failing to comply with the statutory time frames for resolving appeals of FOIA requests is unlawful;

(4) award Plaintiff COMPTEL its costs and reasonable attorney's fees in this action as provided by 5 U.S.C. § 552(a)(4)(E); and

(5) grant such other relief as this Court may deem just and proper.

Respectfully submitted,

October 5, 2006

*/s/ Mary C. Albert/*
Jonathan D. Lee, DC Bar #435586
Mary C. Albert, DC Bar # 347617
COMPTEL
1900 M Street, N.W. Suite 800
Washington, D.C. 20036-3508
202-296-6650
jlee@comptel.org
malbert@comptel.org

Counsel for Plaintiff

4

CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
COMPTEL

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Mary C. Albert, COMPTEL, 1900 M Street N.W.,
Suite 800, Washington, D.C. 20036
(202) 296-6650

## DEFENDANTS
Federal Communications Commission

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  11001
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

ATT

CASE NUMBER 1:06CV01718
JUDGE: Henry H. Kennedy
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 10/05/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
⦿ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ⦿ 1 | Incorporated or Principal Place of Business in This State | ⦿ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**
☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**   OR   ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

|  | G. *Habeas Corpus/* *2255* <br><br> ☐ 530 Habeas Corpus-General <br> ☐ 510 Motion/Vacate Sentence | ○ | H. *Employment* *Discrimination* <br><br> ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | ◉ | I. *FOIA/PRIVACY* *ACT* <br><br> ☒ 895 Freedom of Information Act <br> ☐ 890 Other Statutory Actions (if Privacy Act) <br><br><br><br> *(If pro se, select this deck)* | ○ | J. *Student Loan* <br><br> ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA* *(non-employment)* <br><br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Mgmt. Relations <br> ☐ 730 Labor/Mgmt. Reporting & Disclosure Act <br> ☐ 740 Labor Railway Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights* *(non-employment)* <br><br> ☐ 441 Voting (if not Voting Rights Act) <br> ☐ 443 Housing/Accommodations <br> ☐ 444 Welfare <br> ☐ 440 Other Civil Rights <br> ☐ 445 American w/Disabilities-Employment <br> ☐ 446 Americans w/Disabilities-Other | ○ M. *Contract* <br><br> ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholder's Suits <br> ☐ 190 Other Contracts <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | ○ N. *Three-Judge Court* <br><br> ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

- ◉ 1) Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
FOIA action under 5 U.S.C. Sec. 552 to compel Federal Communications Commission to produce documents requested by Plaintiff.

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint
JURY DEMAND:    YES ☐    NO ☒

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 10/05/06    SIGNATURE OF ATTORNEY OF RECORD _[signature]_

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.