UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMPTEL )
1900 M Street, N.W., Ste. 800 )
Washington, D.C. 20036-3508, )
 )
    Plaintiff, )
 )
v. )   Civil Action No.
 )
Federal Communications Commission )
445 12th Street, S.W. )
Washington, D.C. 20554-0005, )
 )
    Defendant. )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

I, the undersigned, counsel of record for COMPTEL, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of COMPTEL which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

*[signature]*
Mary C. Albert, D.C. Bar #347617
COMPTEL
1900 M Street, N.W. Suite 800
Washington, D.C. 20036-3508
202-296-6650
malbert@comptel.org

Attorney of Record for Plaintiff
COMPTEL