UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPTEL, | ) |
| Plaintiff, | ) Civil Action No. 06CV01718 (HHK) |
| v. | ) |
| Federal Communications Commission, | ) |
| Defendant. | ) |

**PROOF OF SERVICE**

Please take note that the attached Declaration of Service executed by Catherine Miller (Exhibit 1) and the U.S. Postal Service Certified Mail Return Receipts and Track and Confirm records (Exhibits 2 and 3) are filed as proof of service in this case.

I certify that, as evidenced by the U.S. Postal Service Certified Mail Return Receipts and Track and Confirm records, a Summons and copy of the Complaint was mailed to each of the following on September 25, 2006, by certified first-class mail, return receipt requested:

1) Federal Communications Commission, 445 12th Street S.W., Washington, DC 20554.

2) Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania N.W., Washington, D.C. 20530-0001.

October 17, 2006

Respectfully submitted,

*Mary C. Albert*

Mary C. Albert, DC Bar # 347617
COMPTEL
1900 M Street N.W., Suite 800
Washington, D.C. 20036
(202) 296-6650

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPTEL<br>1900 M Street, N.W., Ste. 800<br>Washington, D.C. 20036-3508,<br><br>Plaintiff,<br><br>v.<br><br>Federal Communications Commission<br>445 12th Street, S.W.<br>Washington, D.C. 20554-0005,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06CV01718 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF SERVICE

My name is Catherine Miller. I am over 18 years of age. I am employed by the plaintiff but I am not a party in the case captioned above.

On October 5, 2006, at approximately 2:00 p.m., at 501 3rd Street, N.W., 4th Floor, Washington, D.C., I handed a copy of the Complaint and a Summons addressed to the U.S. Attorney for the District of Columbia to an employee who identified himself to me as Gary Nails, a Docket Clerk, and who indicated he was authorized to accept service on behalf of the U.S. Attorney.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2006.

*[signature]*
Catherine Miller

**Exhibit 1**


**UNITED STATES POSTAL SERVICE**

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7001 1140 0002 0435 4178**
Status: **Delivered**

Your item was delivered at 7:26 am on October 10, 2006 in WASHINGTON, DC 20554.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Communications Comm
445 12th Street, SW
Washington, D.C. 20554-0005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Angela Warner    ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  10/10/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7001 1140 0002 0435 4178

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Exhibit 2**

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Mary C. Albert, Esq.
CompTel
1900 M St., NW, Suite 800
Washington, D.C. 20036



RECEIVED & INSPECTED
OCT 1 0 2006
FCC - MAILROOM



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7001 1140 0002 0435 4185
Status: **Delivered**

Your item was delivered at 4:34 am on October 10, 2006 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Attorney General<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>OCT 11 2006 |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 1140 0002 0435 4185 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

Exhibit 3

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do