UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPTEL, <br><br> Plaintiff, <br><br> v. <br><br> Federal Communications Commission, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 06CV01718 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PROOF OF SERVICE

Please take note that the attached Declaration of Service executed by Catherine Miller (Exhibit 1) and the U.S. Postal Service Certified Mail Return Receipts and Track and Confirm records (Exhibits 2 and 3) are filed as proof of service in this case.

I certify that, as evidenced by the U.S. Postal Service Certified Mail Return Receipts and Track and Confirm records, a Summons and copy of the Complaint was mailed to each of the following on September 25, 2006, by certified first-class mail, return receipt requested:

    1) Federal Communications Commission, 445 12th Street S.W., Washington, DC 20554.

    2) Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania N.W., Washington, D.C. 20530-0001.

October 17, 2006

Respectfully submitted,

*Mary C. Albert*
Mary C. Albert, DC Bar # 347617
COMPTEL
1900 M Street N.W., Suite 800
Washington, D.C. 20036
(202) 296-6650

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPTEL<br>1900 M Street, N.W., Ste. 800<br>Washington, D.C. 20036-3508,<br><br>Plaintiff,<br><br>v.<br><br>Federal Communications Commission<br>445 12th Street, S.W.<br>Washington, D.C. 20554-0005,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06CV01718 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF SERVICE

My name is Catherine Miller. I am over 18 years of age. I am employed by the plaintiff but I am not a party in the case captioned above.

On October 5, 2006, at approximately 2:00 p.m., at 501 3rd Street, N.W., 4th Floor, Washington, D.C., I handed a copy of the Complaint and a Summons addressed to the U.S. Attorney for the District of Columbia to an employee who identified himself to me as Gary Nails, a Docket Clerk, and who indicated he was authorized to accept service on behalf of the U.S. Attorney.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2006.

*Catherine Miller* (signature)
Catherine Miller

Exhibit 1



Home | Help

## Track & Confirm

### Search Results

Label/Receipt Number: 7001 1140 0002 0435 4178
Status: **Delivered**

Your item was delivered at 7:26 am on October 10, 2006 in WASHINGTON, DC 20554.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS          site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Federal Communications Comm
   445 12th Street, SW
   Washington, D.C. 20554-0005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Angela Warner*     ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                   10/10/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7001 1140 0002 0435 4178

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**Exhibit 2**

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Mary C. Albert, Esq.
CompTel
1900 M St., NW, Suite 800
Washington, D.C. 20036



RECEIVED & INSPECTED
OCT 1 0 2006
FCC - MAILROOM


**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7001 1140 0002 0435 4185
Status: **Delivered**

Your item was delivered at 4:34 am on October 10, 2006 in WASHINGTON, DC 20530.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Attorney General<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>OCT 11 2006<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 1140 0002 0435 4185 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

Exhibit 3