UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMPTEL** ) <br> **1900 M Street, N.W., Ste. 800** ) <br> **Washington, D.C.  20036-3508**, ) <br>  ) <br>  ) <br> **Plaintiff**, ) <br> v. ) <br> **Federal Communications Commission** ) <br> **445 12th Street, S.W.** ) <br> **Washington, D.C.  20554-0005,** ) <br> **Defendant.** ) | Civil Action No. 06-01718 (HHK) <br> ECF |

# PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

Respectfully submitted,


  s/Peter Smith
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372