UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMPTEL,**<br>            Plaintiff,<br><br>            v.<br><br>**FEDERAL COMMUNICATIONS COMMISSION,**<br>            Defendant. | Civil Action 06-01718 (HHK) |

**O R D E R**

By no later than December 7, 2006, counsel, after conferring, shall submit a joint status report and proposed schedule for briefing on dispositive motions and/or the filing of other submissions that will lead to a resolution of this action. If counsel are unable to agree, each side submit its own report and proposed schedule.

   **SO ORDERED**.

                                                                          Henry H. Kennedy, Jr.
                                                                          United States District Judge

Dated: November 7, 2006