UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COMPTEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1718 (HHK) |
| | ) | |
| FEDERAL COMMUNICATIONS COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED SCHEDULING ORDER

The parties hereby request that the Court enter the schedule set forth below. By Order dated November 7, 2006, the Court required the parties to submit a proposed schedule or schedules for resolution of this Freedom of Information Act (FOIA), 5 U.S.C. § 552, case. See Document No. 9. Plaintiff's Complaint concerns a FOIA request to the Federal Communications Commission (FCC). Prior to the filing of this lawsuit, the FCC's Enforcement Bureau processed the request at issue and determined that some documents should be released to Plaintiff and some should be withheld.[1] Proposed Intervenor AT&T (formerly known as SBC Communications Inc.) and Plaintiff COMPTEL filed applications for review of the Enforcement Bureau's decision with the FCC well over one year ago. The FCC has not issued a decision on the applications for review. In addition, because of objections from AT&T, the FCC has not made any documents

---

[1] Defendant FCC notes that no release of records is anticipated prior to the Court's ruling on any dispositive motion filed in this case. This Stipulated Scheduling Order does not itself provide for the release of any records and any future release of records, of course, would be subject to applicable bases for withholdings, including 5 U.S.C. § 552(b).

available to Plaintiff.  Plaintiff now seeks an order from this Court directing the FCC to produce the documents requested or, in the alternative, directing the FCC to produce the documents requested to the Court for an *in camera* inspection and resolution of Plaintiff's entitlement to the documents.  The FCC notes that any order from the Court would be limited to the release of non-privileged records not covered by a FOIA statutory exemption.  Therefore, the parties submit the proposed briefing schedule set forth below in the expectation that the issues in this case will be resolved on dispositive motions.

      The parties note that AT&T has moved to intervene in this case.  AT&T's motion currently is pending before the Court.  The parties have consulted with AT&T in the preparation of the schedule set forth below in an effort to assist the Court and to make the submission of a proposed schedule for this case as efficient as possible.  The parties propose that the Court enter the following schedule:

      Deadline for dispositive motions: February 5, 2007.

      Oppositions to dispositive motions due thirty days thereafter.

      Replies, if any, fifteen days thereafter.

Respectfully submitted,

    s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

    s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

    s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

Counsel for Defendant FCC

 /s Colin S. Stretch (by permission)
Colin S. Stretch, D.C. bar No. 470193
Kelly P. Dunbar, D.C. Bar No. 500038
KELLOG, HUBER, HANSEN, TODD,
  EVAN & FIGEL, P.L.L.C.
1615 M Street, N.W. Suite 400
Washington, D.C. 20036
(202) 326-7900

Counsel for Proposed Intervenor AT&T

 /s Mary C. Albert  (by permission)
Jonathan D. Lee, D.C. Bar No. 435586
Mary C. Albert, D.C. Bar No. 347617
Comptel
900 17th Street, N.W.
Suite 400
Washington, D.C. 20006
(202) 296-6650

Counsel for Plaintiff