UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMPTEL,**<br>            Plaintiff,<br><br>      v.<br><br>**FEDERAL COMMUNICATIONS COMMISSION,**<br>            Defendant. | Civil Action 06-01718  (HHK) |

### ORDER GRANTING UNOPPOSED MOTION TO INTERVENE

On this day came on for consideration AT&T Inc.'s unopposed motion to intervene as a defendant, and the court finding that this motion should be granted, therefore, it is

**ORDERED** that AT&T Incl's motion to intervene be, and the same hereby is, **GRANTED**.  The Clerk of the Court is directed to file the answer lodged with AT&T Inc.'s motion.

SIGNED this 11th day of December, 2006.

                                                                    Henry H. Kennedy, Jr.
                                                                    Untied States District Judge