UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMPTEL,**<br>            Plaintiff,<br><br>      v.<br><br>**FEDERAL COMMUNICATIONS COMMISSION,**<br>            Defendant. | Civil Action 06-01718  (HHK) |

### SCHEDULING ORDER

The parties shall comply with the following deadlines:

Deadline for dispositive motions:          February 5, 2007

Oppositions to dispositive motions
   Due thirty (30) days thereafter

Replies, if any, fifteen (15) days thereafter.

                                        Henry H. Kennedy, Jr.
                                        United States District Judge

Dated: December 11, 2006