UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMPTEL,

    Plaintiff,

    v.

FEDERAL COMMUNICATIONS
COMMISSION,

    Defendant.

Civil Action No. 06-01718 (HHK)

**CORPORATE DISCLOSURE CERTIFICATE**

Pursuant to Local Rule 7.1, I, the undersigned, counsel of record for AT&T Inc., certifies that to the best of my knowledge and belief AT&T Inc. has no parent corporation and no publicly held company owns 10% or more of AT&T Inc.'s stock.

    Respectfully submitted,

    /s/ Colin S. Stretch

| | |
|---|---|
| Gary L. Phillips (D.C. Bar No. 334037) | Colin S. Stretch (D.C. Bar No. 470193) |
| James P. Lamoureux (D.C. Bar No. 431631) | Kelly P. Dunbar (D.C. Bar No. 500038) |
| AT&T INC. | KELLOGG, HUBER, HANSEN, TODD, |
| 1120 20th Street, N.W. |   EVANS & FIGEL, P.L.L.C. |
| Washington, D.C. 20036 | 1615 M Street, N.W., Suite 400 |
| | Washington, D.C. 20036 |
| | Telephone: (202) 326-7900 |
| | Facsimile: (202) 326-7999 |

*Counsel for AT&T Inc.*

November 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2006, I served, via first-class mail, a true and correct copy of the foregoing document to:

Mary Catherine Albert
COMPTEL
1900 M Street, N.W.
Suite 800
Washington, D.C. 20036
Tel: (202) 926-6650
malbert@comptel.org

*Counsel for CompTel*


Peter S. Smith
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530-0001
Tel: (202) 307-0372
Fax: (202) 514-8780
peter.smith@usdoj.gov

*Counsel for the Federal Communications Commission*


/s/  Diane M. Cooke