UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COMPTEL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 06-1718 (HHK) |
| FEDERAL COMMUNICATIONS COMMISSION, | ) ) ) ) | |
| Defendant. | ) ) | |

**<u>DEFENDANT'S MOTION TO EXTEND THE STIPULATED BRIEFING SCHEDULE</u>**

Defendant Federal Communications Commission (FCC), by and through the undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the stipulated briefing schedule entered in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, case. <u>See</u> Document Nos. 12, 14. Defendant requests that the deadline for submitting dispositive motions be extended two weeks, specifically from February 5 until February 20, 2007. This is Defendant's first request for an enlargement of time in this case. Plaintiff, through counsel, stated that it opposed the instant motion. Intervenor Defendant AT&T stated that it consented to a two-week extension of the briefing schedule.

The additional time is requested in order for counsel for Defendant to obtain critical information from the agency. Once counsel for Defendant obtains the necessary information, he can then better address the relevant issues in this case and finalize Defendant's dispositive motion. Although counsel has coordinated with agency counsel and worked diligently to prepare Defendant's motion, due to some miscommunication, Defendant does not anticipate being able

1

to complete its submission prior to the current deadline. Additionally, counsel for Defendant will be out of the office until Monday, February 5, 2007. Accordingly, Defendant proposes that the Court enter the following schedule:

    Deadline for dispositive motions: February 20, 2007.

    Oppositions to dispositive motions due thirty days thereafter.

    Replies, if any, fifteen days thereafter.

    This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to finalize its dispositive motion will aid both the parties and the Court in the development and resolution of this case.

    WHEREFORE, based on the foregoing, Defendant respectfully requests that the briefing schedule be extended two weeks and that the Court enter the schedule set forth above.

    Respectfully submitted,

        s/Jeffrey A. Taylor
    JEFFREY A. TAYLOR, D.C. BAR # 498610
    Interim United States Attorney

        s/Rudolph Contreras
    RUDOLPH CONTRERAS, D.C. BAR # 434122
    Assistant United States Attorney

        s/Peter S. Smith
    PETER S. SMITH, D.C. BAR # 465131
    Assistant United States Attorney
    United States Attorney's Office, Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**COMPTEL**,                        )
                                    )
   Plaintiff,              )
                                    )
   v.                       )   Civil Action No. 06-1718 (HHK)
                                    )
**FEDERAL COMMUNICATIONS**          )
  **COMMISSION**,                 )
                                    )
   Defendant.               )
_____)

**<u>ORDER</u>**

Upon consideration of Defendant's Motion To Extend The Stipulated Briefing Schedule, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that the parties shall submit briefing according to the following schedule:

Dispositive motions: February 20, 2007.

Oppositions to dispositive motions due thirty days thereafter.

Replies, if any, fifteen days thereafter.


Dated:_____          _____
                                    UNITED STATES DISTRICT JUDGE