UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **COMPTEL,** | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 06CV01718 (HHK) |
| | ) |
| v. | ) |
| | ) |
| **Federal Communications Commission,** | ) |
| | ) |
| Defendant. | ) |

**COMPTEL'S OPPOSITION TO DEFENDANT'S
MOTION TO EXTEND THE STIPULATED BRIEFING SCHEDULE**

Plaintiff COMPTEL hereby opposes Defendant Federal Communications Commission's ("FCC") motion to extend for an additional two weeks the agreed upon filing deadlines in the above captioned proceeding. See Document No. 17. The FCC has failed to show good cause for the extension and, contrary to its allegation, further extending the briefing schedule will in fact prejudice COMPTEL.

COMPTEL filed this Freedom of Information Act ("FOIA") action in October 2006 seeking an order compelling the FCC to produce documents first requested in April 2005. In August 2005, the FCC's Enforcement Bureau determined that COMPTEL was entitled to certain documents, but declined to make them available pending resolution of any administrative appeal of its decision by intervenor AT&T, Inc. AT&T filed an administrative appeal of the Enforcement Bureau's decision granting COMPTEL's request in part and COMPTEL filed an administrative appeal of the Enforcement Bureau's decision denying its request in part. Those appeals have been sitting before the FCC with no action for 17 months in direct violation of FOIA, which imposes a 20 day

statutory deadline for resolving administrative appeals, 5 U.S.C.§552(a)(6)(A)(ii).  As of this date, no documents have been made available to COMPTEL and the FCC has stated its intention to continue withholding production of any documents pending this Court's ruling on any dispositive motions.[1]

COMPTEL, the FCC and Intervenor AT&T agreed to the existing filing deadlines for dispositive motions and submitted a Stipulated Scheduling Order to the Court on December 7, 2006.  Document No. 12.  The Court entered the Scheduling Order on December 11, 2006.  Document No. 14.  Thus, the FCC not only agreed to file any dispositive motions no later than February 5, 2007, but it has also been on notice for nearly two months of the Court's entry of the scheduling order.  Nonetheless, it waited until three business days before the filing deadline to move for additional time.

Fed. R. Civ. Pro. 16.14(b) provides that a scheduling order shall not be modified except upon a showing of good cause.  In the motion to extend the briefing schedule, counsel for the FCC represents that he needs additional time "to obtain critical information from" the FCC in order to finalize his dispositive motion.  There was no showing by the FCC that it has worked diligently to provide the critical information to its counsel so that he could meet the filing deadline or why an additional two weeks is needed to gather that critical information.  The FCC's failure to provide the "critical information" its counsel needs to prepare a dispositive motion in a timely manner does not constitute good cause for extending the filing dates.  Rather, it is merely another example of the FCC's effort to delay release of the requested agency records to COMPTEL by dragging out the resolution of this case.  The FCC's delaying tactics should not be rewarded through a grant of its motion for further delay.

---

[1] See Stipulated Scheduling Order at n.1.

2

Consistent with the agreed upon briefing schedule, COMPTEL is prepared to file its Motion For Summary Judgment on February 5, 2005.  COMPTEL will be prejudiced by any postponement of the filing deadlines which will just translate into further delays in obtaining access to the documents to which it is entitled under FOIA.   In contrast, Defendant FCC is under no legal obligation to file a dispositive motion so it will not be prejudiced if the extension is denied.  Under these circumstances, COMPTEL should not be penalized for the FCC's failure to act diligently over the last two months to prepare its dispositive motion.

For the forgoing reasons, Plaintiff COMPTEL respectfully requests that the Court act expeditiously and deny Defendant's Motion to Extend the Stipulated Briefing Schedule.

February 1, 2007                                        Respectfully submitted,


_____
Mary C. Albert, DC Bar #347617
Jonathan D. Lee, D/C/ Bar #435586
COMPTEL
900 17th Street N.W., Suite 400
Washington, D.C. 20006
(202) 296-6650
malbert@comptel.org
jlee@comptel.org