UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPTEL, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 06-1718 (HHK) |
| FEDERAL COMMUNICATIONS COMMISSION, | ) |
|     Defendant, | ) |
| AT&T, | ) |
|     Intervenor. | ) |

**CONSENT MOTION TO ENLARGE THE REMAINING DATES ON THE BRIEFING SCHEDULE BY THIRTY DAYS**

    Defendant Federal Communications Commission (FCC) hereby requests that the Court extend the remaining dates on the briefing schedule set forth in the Court's February 4, 2007, Minute Order by thirty days. On February 4, 2007, the Court established a schedule for the briefing of dispositive motions in this Freedom of Information Act (FOIA), 5 U.S.C. § 552, case. Pursuant to the Court's schedule, the parties filed motions on February 12, 2007. See Documents 19-21. The parties have interpreted the schedule such that oppositions to those motions are due by March 14, 2007. Pursuant to LCvR 7(m), the undersigned counsel of record discussed the relief requested in this Motion with counsel for Comptel, who indicated that Comptel consents to

the requested relief.[1]  Counsel for FCC contacted counsel for Intervenor AT&T and we understand that AT&T consents to the relief requested in this Motion.

Defendant FCC requests this thirty-day enlargement of the briefing schedule to allow the parties to meet and discuss the possibility of a negotiated resolution of this case.  Such a meeting could have implications for the issues that the parties would have to brief before the Court and that the Court might ultimately be called upon to resolve.  The parties' discussions also could lead to a complete resolution of this case.  It is thus in the parties' interest and in the interest of judicial economy for the Court to grant this motion.  As noted, the parties have scheduled a meeting for March 27, 2007.  The parties were unable to meet sooner due to the undersigned counsel of record's other work commitments and obligations during the next two weeks.

For the reasons set forth above, FCC requests that the Court grant this Motion and extend the dates in the schedule by thirty days.  A proposed order is attached.

                                                Respectfully submitted,

                                                   s/Jeffrey A. Taylor
                                                JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                Interim United States Attorney

                                                   s/Rudolph Contreras
                                                RUDOLPH CONTRERAS, D.C. BAR #  434122
                                                Assistant United States Attorney

                                                   s/Peter S. Smith
                                                PETER S. SMITH, D.C. BAR # 465131
                                                Assistant United States Attorney
                                                United States Attorney's Office

---

[1] The parties have scheduled an initial meeting between their representatives for March 27, 2007.  We understand Comptel to consent to the relief requested in this Motion (a thirty-day extension of the briefing schedule) so long as the parties schedule a meeting during the week of March 26, 2007.  The parties have done so by scheduling a meeting on March 27, 2007.

Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

Counsel for Defendant FCC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPTEL,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL COMMUNICATIONS<br>  COMMISSION,<br><br>    Defendant,<br><br>AT&T,<br><br>    Intervenor. | Civil Action No. 06-1718 (HHK) |

ORDER

Upon consideration of Defendant's Consent Motion for Enlargement of the Briefing Schedule, and the entire record herein, it is this _____ day of _____, 2007, hereby **Ordered** that Defendant's motion is GRANTED and that the remaining dates on the briefing schedule established in the Court's February 4, 2007 Minute Order are extended by thirty days.

Dated:

_____
United States District Judge