UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPTEL, | ) |
| Plaintiff, | ) |
| v. | ) |
| FEDERAL COMMUNICATIONS COMMISSION, | ) Civil Case No. 06-1718 (HHK) |
| Defendant, | ) |
| AT&T INC., | ) |
| Intervenor Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak and remove the appearance of Assistant United States Attorney Peter S. Smith as counsel for Defendant in the above-captioned case.

Dated: November 26, 2007
  Washington, D.C.

   Respectfully submitted,

   /s/
   BRIAN P. HUDAK
   Assistant United States Attorney
   Civil Division
   555 4th Street, NW
   Washington, DC 20530
   (202) 514-7143
   brian.hudak@usdoj.gov