UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPTEL, | ) |
|       Plaintiff, | ) |
| v. | ) |
| FEDERAL COMMUNICATIONS COMMISSION, | ) Civil Case No. 06-1718 (HHK) |
|       Defendant, | ) |
| AT&T INC., | ) |
|       Intervenor Defendant. | ) |

## MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Federal Communications Commission ("FCC"), respectfully moves, by and through its undersigned counsel, for an enlargement of time to respond to Comptel's March 10, 2008 Motion for an Order Directing the FCC to Issue a Decision Within 30 Days ("Motion"). The FCC's response to Comptel's Motion is presently due on March 24, 2008. The FCC requests that the Court extend this deadline to April 7, 2008 -- *i.e.*, a two (2) week extension of time. Prior to filing this motion, defense counsel conferred with counsel for Comptel and counsel for AT&T Inc. ("AT&T"). Comptel does not object to an extension until March 28, 2008, but opposes any extension beyond that date. AT&T graciously consents to the relief sought by this motion. The grounds for this motion are set forth below.

By Memorandum Opinion and Order, entered March 5, 2008 (the "Order"), the Court denied the parties' motions for summary judgment without prejudice and stayed this action "until there is a final agency action on AT&T's intra-agency appeal." *See* Order at 7. On March 10, 2008, Comptel filed its Motion seeking to compel the FCC to issue a decision on AT&T's

administrative appeal within thirty days. Undersigned counsel is unaware of any attempt by Comptel to contact defense counsel to seek the FCC's position before filing its non-dispositive Motion, as required by Local Civil Rule 7(m). Accordingly, defense counsel was unaware that Comptel would be filing its Motion on March 10, 2008.

Promptly after receiving Comptel's Motion on Monday, March 10, 2008, undersigned counsel attempted to contact Agency counsel to obtain information and assistance in formulating a response. Although undersigned counsel diligently began to review the relevant materials and outline a response to Comptel's Motion, Agency counsel -- who has extensively worked on this action since its inception -- was out of the office on scheduled leave when Comptel filed its Motion, and only returned to the office the following Tuesday, March 18, 2008. Despite Agency and defense counsel's diligent efforts since then to coordinate the Agency's response, deadlines in other pending cases and litigation matters have prevented the completion of a finalized response.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This is the FCC's first request for an extension of this deadline and the first request for an extension in this action by undersigned defense counsel. No other pending deadlines will be affected by granting the requested extension. Allowing defense counsel a short extension of time to finalize the FCC's opposition serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for responding to Comptel's Motion be extended to, and including, April 7, 2008. A proposed order is attached.

- 3 -

Dated: March 21, 2008
      Washington, DC

                                               Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


        /s/
_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPTEL, </br></br>   Plaintiff, </br></br> v. </br></br>FEDERAL COMMUNICATIONS COMMISSION, </br></br>   Defendant, </br></br>AT&T INC., </br></br>   Intervenor Defendant. | Civil Case No. 06-1718 (HHK) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the FCC's Motion for an Extension of Time to respond to Comptel's Motion for an Order Directing the FCC to Issue a Decision Within 30 Days ("Comptel's Motion"), and for good cause shown, it is hereby:

ORDERED that the FCC's motion is GRANTED, and it is further

ORDERED that the FCC shall have through, and including, April 7, 2008, to respond to Comptel's Motion.

_____        _____
Date                   HENRY H. KENNEDY, JR.
                       United States District Judge

Copies to Counsel of Record Via ECF