UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMPTEL,**<br>          Plaintiff,<br><br>          v.<br><br>**FEDERAL COMMUNICATIONS COMMISSION,**<br>          Defendant. | Civil Action 06-01718  (HHK) |

**ORDER**

Upon consideration of Comptel's Motion for an Order Directing the FCC to Issue a Decision Within 30 Days [#30] and the opposition thereto, it is this 5th day of May 2008, hereby

**ORDERED** that Comptel's motion [#30] is **DENIED.**

Henry H. Kennedy, Jr.
United States District Judge